**No. P68/290.**—John A. Steer Co. *v.* United States, protests 65/4610 and 65/4611 (Philadelphia).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of coordinatographs or parts, dedicated for use therewith, in chief value of metal, similar in all material respects to those the subject of *John A. Steer Company* v. *United States* (53 CCPA 67, C.A.D. 879), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JUNE 26, 1968

**No. P68/291.**—American Bayard Cycle Co. et al. *v.* United States, protests 300213–K, etc. (New York).

**No. P68/292.**—Korlis, Ltd. *v.* United States, protest 58/456 (San Francisco).

**No. P68/293.**—Bert Scheuer, Inc., et al. *v.* United States, protests 59/8756, etc. (Boston and New York).

**No. P68/294.**—Seedman International Corp. *v.* United States, protests 59/23449 and 59/29250 (Los Angeles).

**No. P68/295.**—Seedman International Corp. *v.* United States, protests 61/22451–12450 and 61/22892–12814 (Chicago).

**No. P68/296.**—Seedman International Corp. *v.* United States, protest 62/18408 (San Francisco).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bicycles, with or without tires having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing less than 36 pounds complete without accessories, and not designed for use with tires having a cross-sectional diameter exceeding 15⁄8 inches and that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co., Mangano Cycle Co.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.